IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__Sylvia Adams__,  )
)
Plaintiff,  )
)
v.  )  CASE NO. __2:07-cv-569-MHT__
)
__State of Alabama, et al.__,  )
)
Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Sylvia Adams__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____         _____
_____         _____
_____         _____

__7/16/2007__                              __/s/ Russell W. Adams__
Date                                              (Signature)

                                                     __Russell W. Adams__
                                                     (Counsel's Name)

                                                     __Sylvia Adams__
                                                     Counsel for (print names of all parties)
                                                     Wiggins, Childs, Quinn & Pantazis, LLC
                                                     301 19th Street North
                                                     Address, City, State Zip Code
                                                     205-314-0500
                                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Russell W. Adams, Counsel for Plaintiff, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of July 20 07, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq., Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

| 7/16/2007 | /s/ Russell W. Adams |
|---|---|
| Date | Signature |