## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SYLVIA ADAMS** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO. :** |
| v. ) | **2:07-cv-00569-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants the State of Alabama Department of Finance and Phillip W. Williams, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State of Alabama Finance Department is a governmental entity.

2. Defendant Phillip W. Williams is an individual.

Respectfully submitted, this 16th day of July, 2007.

/s/ Christopher W. Weller
CHRISTOPHER W. WELLER (WEL020)
MAI LAN F. ISLER (*pro hac vice*)
Attorney for Defendants
Alabama State Docks and Jack Ravin

2

Address of Counsel :

CAPELL HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 16th day of July, 2007.

                                                  /s/ Christopher W. Weller
                                                OF COUNSEL