## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: United States of America v. One Parcel of Property Located at 518 Louina Road, Roanoke, Randolph County, Alabama, with all appurtenances and improvements thereon et al

Case Number: 2:07-cv-00569-MHT-CSC

Referenced Docket Entry - *** Notice -  Doc.  No. 11

The referenced docket entry was filed electronically with  ERROR  on ***7/16/07***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the wrong code was used and incorrect defendants were referenced on signature line. Please  DISREGARD this docket entry and see doc. 13 for correction.