IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SYLVIA ADAMS**, )<br>)<br>   *Plaintiff*, )<br>)<br>)<br>v. )<br>)<br>**STATE OF ALABAMA**, *et al.*, )<br>)<br>   *Defendants*. ) | **CIVIL ACTION NO.:**<br>**07 CV 569-MHT** |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 6], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    **A.**    **Defendants remaining in the case:**

        1. Department of Finance

        2. James Main, Director of Department of Finance

        3. State Personnel Department

        4. Jackie Graham, Director of the State Personnel Department

    **B.**    **Attorneys in the case:**

        1. Russell W. Adams

        2. Rocco Calamusa, Jr.

        3. Constance S. Barker

        4. Christopher W. Weller

    5. Mai Lan Fogal Isler

    6. Alice Ann Byrne

**C.**    **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Sylvia Adams | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Finance | Christopher W. Weller |
| | Constance S. Barker |
| | Mai Lan Foglar Isler |
| James Main, Director | Christopher W. Weller |
| | Constance S. Barker |
| | Mai Lan Foglar Isler |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

                          /s/ Russell W. Adams
                          RUSSELL W. ADAMS (ASB 3760-A62R)
                          Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

            /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department and
Jackie Graham, Director of State Personnel
Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

            /s/  Christopher W. Weller
CHRISTOPHER W. WELLER (WEL 030)
CONSTANCE S. BARKER (BAR 099)
MAI LAN ISLER *(pro hac vice)*
Attorneys for Defendants
Department of Finance and
James Main, Director

Address of Counsel :
CAPELL HOWARD, PC
P. O. Box 2069
Montgomery, AL  36102-2069
(334) 241-8000

3