# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Adams v. Alabama Department of Finance, et al**

**Case Number: 2:07-cv-00569-MHT**

**Referenced Pleading: MOTION to Dismiss Complaint, or in the Alternative, MOTION for More Definite Statement - Doc. 19**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SYLVIA ADAMS** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO. :** |
| v. | ) | **2:07-cv-00569-MHT** |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

Pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, Defendants hereby move this Court to dismiss Plaintiff's complaint for failure to state a claim. Plaintiff has failed to allege the basic elements of a claim against the Defendants as a matter of law.

1. Alternatively, Defendants move pursuant to Rule 12(e) of the *Federal Rules of Civil Procedure*, for an Order from this Court requiring Plaintiff to provide a more definite statement as to the alleged claim against the Defendants.

2. In support of its Motion, the Defendants submit the brief filed contemporaneously herewith.

WHEREFORE, premises considered, Defendants respectfully request that the Court dismiss the Plaintiff's complaint or alternatively, Defendants request that the Court require the Plaintiff to provide a more definite statement as to the claims against the Defendants.

        Respectfully submitted,

        /s/ CONSTANCE S. BARKER
        CONSTANCE S. BARKER (BAR099)
        CHRISTOPHER W. WELLER (WEL020)
        MAI LAN F. ISLER (*pro hac vice*)
        Attorney for Defendants
        State of Alabama Department of Finance and
        Phillip W. Williams

Address of Counsel :

CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334/241-8000

        /s/ ALICE ANN BYRNE
        ALICE ANN BYRNE (BYR015)
        Attorney for Defendants
        State Personnel Department of Finance and
        Jackie Graham, Director

Address of Counsel :

STATE PERSONNEL DEPARTMENT
Legal Division
Folsom Administrative Building
64 N. Union Street, Ste. 316
Montgomery, AL 36103
334/242-3451

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 29th day of August, 2007.

        /s/ CONSTANCE S. BARKER
        OF COUNSEL